**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JASON E. RITENOUR<br>JODI L RITENOUR<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>LAKEVIEW LOAN SERVICING LLC<br><br>　　　　Respondents | Case No. 19-24856GLT<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has informed the Trustee that the account has been assigned to LAKEVIEW LOAN SEVICING.  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov  under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC<br>C/O COMMUNITY LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Court claim# 23/Trustee CID# 69 |

The Movant further certifies that on 06/22/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JASON E. RITENOUR, JODI L RITENOUR, 128 BRADDOCK DRIVE, LATROBE, PA 15650 | DEBTOR'S COUNSEL:<br>SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146 |
| ORIGINAL CREDITOR'S COUNSEL:<br>RICHARD M SQUIRE & ASSOCIATES, 115 WEST AVENUE STE 104, JENKINTOWN, PA 19046 | :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741 |
| ORIGINAL CREDITOR:<br>LAKEVIEW LOAN SERVICING LLC, C/O COMMUNITY LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 | |
| NEW CREDITOR:<br>LAKEVIEW LOAN SEVICING<br>CC/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS TX 75261 | |