**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JASON E. RITENOUR                                      Case No. 19-24856GLT
JODI L RITENOUR

        Debtor(s)                                    Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant                                       Document No __
    vs.
LAKEVIEW LOAN SERVICING LLC


      Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been assigned to LAKEVIEW LOAN SERVICING.  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov  under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.


LAKEVIEW LOAN SERVICING LLC                    Court claim# 23/Trustee CID# 78
C/O COMMUNITY LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146


The Movant further certifies that on 06/22/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                 /s/ Ronda J. Winnecour
                                 RONDA J WINNECOUR PA ID #30399
                                 CHAPTER 13 TRUSTEE WD PA
                                 600 GRANT STREET
cc:  debtor(s)                                 SUITE 3250 US STEEL TWR
    original creditor                          PITTSBURGH, PA  15219
    putative creditor                          (412) 471-5566
    counsel for debtor(s)                      cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
JASON E. RITENOUR, JODI L RITENOUR,
128 BRADDOCK DRIVE, LATROBE, PA
15650

ORIGINAL CREDITOR'S COUNSEL:
RICHARD M SQUIRE & ASSOCIATES, 115
WEST AVENUE STE 104, JENKINTOWN, PA
19046

ORIGINAL CREDITOR:
LAKEVIEW LOAN SERVICING LLC, C/O
COMMUNITY LOAN SERVICING LLC, 4425
PONCE DE LEON BLVD 5TH FL, CORAL
GABLES, FL  33146

NEW CREDITOR:
LAKEVIEW LOAN SERVICING
C/O RIGHTPATH SERVICING
PO BOX 619094
DALLAS TX 75261

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO &
LOWDEN PC, 3948 MONROEVILLE BLVD
STE 2, MONROEVILLE, PA  15146

:
CHAPTER 13 BANKRUPTCY NOTICING,
PO BOX 619096, DALLAS, TX  75261-9741