**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/24/2023

IN RE:

| | |
|---|---|
| JASON E. RITENOUR<br>JODI L RITENOUR<br>128 BRADDOCK DRIVE<br>LATROBE, PA 15650<br>XXX-XX-2008     Debtor(s)<br>XXX-XX-2459 | Case No. 19-24856 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/24/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEVIN~WOLF/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0822 |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA 19046 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 15,281.83<br>COMMENT: $/CL-PL@5%/PL*W/71 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4925 |
| **FIRST COMMONWEALTH BANK(*)**<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 4   INT %: 6.24%<br>Court Claim Number: 15<br>CLAIM: 27,638.39<br>COMMENT: $@%/CL-PL*W/70 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6956 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR-PL*DKT4PMT-LMT*BGN 1/2020*FR LAKEVIEW/FLAGSTAR-DOC 88*FR ( | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8150 |
| **CITY OF LATROBE SANITATION**<br>POB 829<br>LATROBE, PA 15650 | Trustee Claim Number: 6   INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 560.00<br>COMMENT: $@10%/PL*18/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 3,833.00<br>COMMENT: $/CL-PL*16,18/SCH-CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2008 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 555.80<br>COMMENT: $/CL-PL*18/SCH-CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2008 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **IC SYSTEM INC**<br>ATTN: CONSUMER AFFAIRS DEPT<br>PO BOX 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANFIELD PET HOSPITAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,676.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6067 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 3,677.58<br>COMMENT: CITIBANK*BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8302 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 897.05<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7618 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,853.81<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7450 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,188.28<br>COMMENT: MAURICES*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3739 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VCTR SCRT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,939.63<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2067 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 3,689.43<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1937 |
| **ELIZUR CORP**<br>9800B MCKNIGHT RD<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **EXCELA HEALTH LATROBE**<br>134 INDUSTRIAL PARK RD STE 2400<br>GREENSBURG, PA 15601 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **EXCELA HEALTH MEDICAL GROUP**<br>530 SOUTH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **FNB CONSUMER DISCOUNT CO**<br>3014 EAST STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **GREENSKY LLC(*)**<br>PO BOX 2153 - DEPT# 3025<br>BIRMINGHAM, AL 35287 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0562 | CLAIM: 6,790.64<br>COMMENT: COURT NTC/CL*DK |
| **JESSICA RITENOUR**<br>546 HICKORY DR<br>GREENSBURG, PA 15601 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5950 | CLAIM: 3,068.33<br>COMMENT: CHASE |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5451 | CLAIM: 1,950.22<br>COMMENT: CHASE |
| **KIA MOTOR FINANCE**<br>POB 20825<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **OLIPHANT USA LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ 85712 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 7,340.63<br>COMMENT: ACCT=2937 PER ORIGINAL LOAN*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6085 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 561.31<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5372 |
| **MAGEE WOMENS HOSPITAL**<br>FORBES AND HALKET STREET<br><br>PITTSBURGH, PA 15213 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 2,381.92<br>COMMENT: NO ACCT/SCH*AVD/DOE*CL=UNS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3647 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 2,956.25<br>COMMENT: SIGNED@SEAL 2/14/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0737 |
| **PAYPAL INC**<br>POB 45950<br><br>OMAHA, NE 68145-0950 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 421.69<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1555 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NPRTO NORTH-EAST LLC**<br>LB 1059 PROGRESSIVE LEASING LLC<br>PO BOX 35146<br>SEATTLE, WA 98124 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 1,514.95<br>COMMENT: PROGRESSIVE LEASING | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2746 |
| **RADIOLOGIC CONSULTANTS LTD**<br>717 E PITTSBURGH ST<br>GREENSBURG, PA 15601-2636 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **REGENCY FINANCE CO**<br>5142 STATE RT 30 STE 102<br>GREENSBURG, PA 15601 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTHERN CREDIT ADJUSTERS INC**<br>PO BOX 2764<br>ROCKY MOUNT, NC 27802 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number: 31 | CLAIM: 649.00<br>COMMENT: WESTMORELAND EMERGENCY MED | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number: 24 | CLAIM: 2,642.60<br>COMMENT: REF 3532997620*LEVIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0822 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 595.02<br>COMMENT: LOWES*SYNCHRONY*LOAN OPENED 12/16/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5147 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 481.18<br>COMMENT: PAYPAL*SYNCHRONY*LAST PURCHASE 4/12/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8557 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 1,184.06<br>COMMENT: WALMART*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5862 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 2,408.64<br>COMMENT: W/68 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8496 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number: 28 | CLAIM: 2,390.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1241 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TBOM - MILESTONE**<br>C/O GALAXY INTERNATIONAL PURCHASING LLC<br>4730 S FORT APACHO RD<br>LAS VEGAS, NV 89147 | Trustee Claim Number: 51 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number: 52 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WESTMORELAND EMERG MED SPEC**<br>C/O DIVERSIFIED COLLECTIONS++<br>POB 200<br>GREENSBURG, PA 15601 | Trustee Claim Number: 53 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 54 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT CONTROL LLC**<br>5757 PHANTOM DR STE 330<br>HAZELWOOD, MO 63042 | Trustee Claim Number: 56 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 57 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FINANCIAL RECOVERY SVCS INC**<br>POB 385908<br>MINNEAPOLIS, MN 55438-5908 | Trustee Claim Number: 58 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 59 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 60 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **OLIPHANT FINANCIAL LLC\*\***<br>PO BOX 788<br><br>KIRKLAND, WA 98083 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RADIUS GLOBAL SOLUTIONS**<br>PO BOX 390846<br><br>MINNEAPOLIS, MN 55439 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - SECOND ROUN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SECOND ROUND LP/SCH\*NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PLANET FITNESS**<br>1635 S BRADDOCK AVE<br><br>PITTSBURGH, PA 15218 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 133.50<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2008 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE\*<br>PO BOX 800849<br><br>DALLAS, TX 75380 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 142.00<br>COMMENT: $@%/CL-PL\*NO SEC/SCH\*W/49 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8496 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 12,866.04<br>COMMENT: $/CL-PL\*THRU 12/19\*FR LAKEVIEW/FLAGSTAR-DOC 88\*FR COMMUNITY LOAN-DOC | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8150 |
| **FIRST COMMONWEALTH BANK(\*)**<br>POB 400\*<br><br>INDIANA, PA 15701 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 0.00<br>COMMENT: PD @ 4\*ARRS/CL=$2,847.27 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0656 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CREDIT ACCEPTANCE CORP*** <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:71  INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 0.00 <br> COMMENT: PD @ 3*ARRS/CL=$1,351.52 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 4952 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:72  INT %: 0.00% <br> Court Claim Number:20 <br> CLAIM: 405.50 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2008 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:73  INT %: 0.00% <br> Court Claim Number:16 <br> CLAIM: 699.30 <br> COMMENT: NT/SCH*CITIBANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2695 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number:74  INT %: 0.00% <br> Court Claim Number:18 <br> CLAIM: 3,051.68 <br> COMMENT: NT/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2138 |
| **UNIFUND CORP-OH/CCR PARTNERS** <br> 10625 TECHWOODS CIRCLE <br> CINCINNATI, OH 45242 | Trustee Claim Number:75  INT %: 0.00% <br> Court Claim Number:26-2 <br> CLAIM: 1,384.75 <br> COMMENT: NT/SCH*CAP 1*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4939 |
| **MCGRATH MCCALL PC** <br> FOUR GATEWAY CENTER STE 1040 <br> 444 LIBERTY AVE <br> PITTSBURGH, PA 15222 | Trustee Claim Number:76  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FIRST COMMONWEALTH BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **GRB LAW**** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:77  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O RIGHTPATH SERVICING <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number:78  INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 1,400.00 <br> COMMENT: PAY/PL*NTC POSTPET FEES/EXP*REF CL*W/69*FR LAKEVIEW/FLAGSTAR-DOC 88* | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 8150 |
| **ADDED CREDITOR FOR CALCULATION** <br> OR NOT ENOUGH INFO/SCHED FOR <br> ENTITY NAME OR NOT ENOUGH INFO <br> PER CLM FOR ADDRESS OR PLACEHOLDER <br> RECORD | Trustee Claim Number:79  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number:80  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |