FILED
5/24/23 6:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Jason Ritenour | ) | |
| Jodi L. Ritenour | ) | Bankruptcy No. 19-24856 GLT |
| Debtor(s) | ) | |
| | ) | Hearing: |
| Jason Ritenour | ) | |
| Plaintiff(s) | ) | Related to Doc No. 48 and 115 |
| vs. | ) | |
| | ) | |
| Mariner Finance, LLC | ) | |
| | ) | |
| Defendant(s) | ) | |

ORDER MODIFYING ORDER AVOIDING LIEN
_____

AND NOW, this 24th day of May ,2023, upon Motion of Debtor, it is

**ORDERED THAT:** The Order of Court filed on June 9, 2020 at Doc 48 is clarified as follows;

"It is hereby ORDERED AND DECREED that the judicial lien(s) held by Mariner Finance, LLC, entered of record at CV 187-2017, in and on Debtor's real estate located at 128 Braddock Drive, Latrobe, PA 15650 and entered of record at the Court of Common Pleas of Westmoreland County, PA be and hereby is/are avoided and any claim of Respondent(s) is hereby unsecured subject to the entry of a discharge order upon the completion of the Debtor's chapter 13 case"

Prepared by Scott R. Lowden, Esq.

The relief provided in this Order is subject to 11 U.S.C. §348(f) and §349(b) in the event the main bankruptcy case is dismissed or converted to a Chapter 7 proceeding.

Date: 5/24/23

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason E. Ritenour, 128 Braddock Drive, Latrobe, PA 15650-1034 |
| jdb | + | Jodi L Ritenour, 128 Braddock Drive, Latrobe, PA 15650-1034 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Michael John Clark
    on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com

TOTAL: 12