IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-24856 GLT |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | |
|     Debtors | ) | |
| | ) | Chapter 13 |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | |
|     Applicants | ) | Related to Doc. No. 113 |
|     v. | ) | |
| No Respondent | ) | Hearing: 6/28/23 at 10:30 AM |
|     Respondent | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S APPLICATION TO EMPLOY REALTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 15, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 1, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  June 2, 2023                                        /s/ Scott R. Lowden
                                                                                                                                        Scott R. Lowden, Esq.
                                                                                                                                        100 Heathmore Avenue
                                                                                                                                        Pittsburgh, PA 15227
                                                                                                                                        PA. ID 72116
                                                                                                                                        (412) 292-4254
                                                                                                                                        lowdenscott@gmail.com