IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-24856 GLT |
| Jason Ritenour | ) | |
| Jodi L. Ritenour | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Hearing: 6/28/23 at 10:30 AM |
| Jason Ritenour | ) | |
| Plaintiff(s) | ) | Related to Doc No. 123 |
| vs. | ) | |
| | ) | |
| No Respondent | ) | |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE REGARDING DEBTOR'S ORDER AUTHORIZING EMPLOYMENT OF REALTOR**

I certify under penalty of perjury that I served or caused to be served the above captioned document on the parties at the addresses specified below or on the attached list on (date) June 7, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Served, or service directed by Scott R. Lowden, 100 Heathmore Ave., Pittsburgh, PA 15227 (412) 292-4254

EXECUTED ON: June 7, 2023

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254

Service by NEF:

US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda Winnecour, Trustee
3250 USX Tower, 600 Grant St.
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Service by US Postal Service First-class Mail:

Stephen Limani
Realty One Group Gold Standard
432 Frye Farm Rd.
Greensburg, PA 15601

Jason & Jodi Ritenour
128 Braddock Dr.
Latrobe, PA 15650

*If applicable, Per Rule 7004(h) Service on an insured depository institution "shall be mailed by certified mail addressed to an officer of the institution unless: (1) the institution has appeared by its attorney, in which case the attorney shall be served by first class mail". The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.