FILED
6/5/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 19-24856 GLT |
| Jason E. Ritenour ) | |
| Jodi L. Ritenour ) | |
|     Debtors ) | |
| ) | Chapter 13 |
| Jason E. Ritenour ) | |
| Jodi L. Ritenour ) | |
|     Applicants ) | Doc. No. 113 |
|     v. ) | |
| No Respondent ) | |
|     Respondent ) | |

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

AND NOW, this __5th__ day of ___June___ 2023, upon consideration of the within Application to Employ Realtor by the Debtor's, it is ORDERED, ADJUDGED, and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. **Realtor Stephen Limani of Realty One Group Gold Standard** is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the application for the purpose of Acting as the Debtor's agent in connection with the sale of real estate located at **128 Braddock Drive, Latrobe, PA 15650.** Compensation is on a contingent fee basis of 5% of the purchase price (4% if dual agent) plus $495.00 administrative fee.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

    4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

    5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

Prepared by: __Scott Lowden, Esq.__

**DEFAULT ENTRY**

Dated: __June 05, 2023__

                             Gregory L. Taddonio [jlm]
                             Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Jason E. Ritenour, Jodi L Ritenour, 128 Braddock Drive, Latrobe, PA 15650-1034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023                               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Michael John Clark
    on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com

TOTAL: 12