**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/28/23 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24856-GLT |
| | : | Chapter: | 13 |
| Jason E. Ritenour | : | | |
| Jodi L Ritenour | : | | |
| | : | Date: | 6/28/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 118 - Motion For Sale of Property under Section 363(b) filed by the Debtors

   # 121 - Response filed by the ch.13 trustee
   # 125 - Response filed by Nationstar Mortgage
   # 128 - Amended Response by Nationstar
      With Proposed Order
   # 129 - Proof of Publication in the Westmoreland Law Journal on 6/2/23 and the Tribune-Review on 6/7/23

**APPEARANCES:**
   Debtor:   Joseph Nicotero
   Trustee:   Ronda J. Winnecour

**NOTES:**   [10:32]

Nicotero: Offer of $180,000 and sellers assist of $7,000. Around $20,000 remainder for unsecureds.

*Property is exposed for sale. Clark Anthony Harr offer of $180,000 with $7,000 sellers assist is highest and best offer.*

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Approval of Sale Free and Clear of all Liens, Claims, and Encumbrances* [Dkt. No. 118] is APPROVED subject to submission of written amended sale order submitted under certification of counsel by June 29, 2023..

**DATED:**  6/28/2023