IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-24856 GLT |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | |
| Debtor (s) | ) | |
| Jason E. Ritenour | ) | Chapter 13 |
| Jodi L. Ritenour | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 133 |
| | ) | |
| Lakeview Loan Servicing, LLC, Mariner | ) | |
| Finance, LLC, City of Latrobe Sanitation, | ) | Hearing: 6/28/2023 at 10:30 AM |
| Westmoreland County Tax Claim Bureau, | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER APPROVING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. SECTION 363(b)**

I, Scott R. Lowden, Esq., certify under penalty of perjury that I served the above captioned Order on the parties at the addresses on the attached matrix, on July 3, 2023 by US Postal Service First Class Mail or electronic means.

EXECUTED ON:  July 3, 2023

By: /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254

Served Via ECF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219

US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222

Lakeview Loan Servicing, LLC
Brian C. Nicholas, Esq.
bnicholas@kmllawgroup.com

Lakeview Loan Servicing, LLC
Chandra Marie Arkema, Esq.
carkema@squirelaw.com

Served via email on June 30, 2023:

Jason Ritenour, Debtor
Jritenour1978@comcast.net

Shelly D. Garris, Closing Agent
SGarris@westmorelandparalegal.com

Served Via US Postal Service First-class Mail:

Clark Anthony Harr
110 Helens Lane
Latrobe, PA 15650

Westmoreland County Tax Claim Bureau
2 N. Main Street
Greensburg, PA 15601

Steve Limani
Realty One Group Gold Standard
432 Frye Farm Rd.
Greensburg, PA 15601

City of Latrobe Sanitation
PO Box 829
Latrobe, PA 15650

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21263
Greensburg, PA 15601