FILED
7/11/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-24856 GLT |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | |
| Movant(s) | ) | |
| v. | ) | Doc. No. |
| | ) | |
| Ronda Winnecour, Trustee | ) | Related to Doc. No. 13 7 |
| | ) | |
| Respondent(s) ) | | |

MODIFIED

**CONSENT ORDER**

It is hereby agreed, by and among the debtors, by Scott R. Lowden, Esq., counsel for the debtors, and Ronda Winnecour, Chapter 13 Trustee as follows:

WHEREAS, an Amended Order Approving Sale Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. Section 363(b) was entered at Doc. No. 133 on June 28, 2023 (the "Sale Order"),

WHEREAS, debtors' counsel represents that the closing agent and counsel for the debtor are having difficulty in obtaining a payoff from the mortgage-holder, Lakeview Loan Servicing, LLC and the closing is scheduled to occur on July 13, 2023,

WHEREAS, debtor's counsel believes that any delay in the closing date may jeopardize the sale from occurring, and it's appropriate to modify the Sale Order as provided herein;

NOW THEREFORE, the parties agree that the closing agent shall hold funds in escrow for only the payoff to the mortgage-holder and the net remaining proceeds to the Chapter 13 Trustee as provided for in the Order under paragraph (10), and that those funds shall be distributed by the closing agent to the mortgage-holder and the Trustee per paragraph (10) upon the closing agent's receipt of the mortgage payoff amount.

In all other respects, the Sale Order shall remain unaltered.

Prepared by: Scott R. Lowden and Owen Katz

So ORDERED, this 11th day of July 2023.

_____
GREGORY TADDONIO  hct
Chief U.S. Bankruptcy Judge

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor

/s/ Owen Katz
Owen Katz, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Attorney for Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24856-GLT
Jason E. Ritenour                                                         Chapter 13
Jodi L Ritenour
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: auto                                 Page 1 of 2
Date Rcvd: Jul 11, 2023                  Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db/jdb | + Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |

Joseph F. Nicotero
        on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com

Lorraine Gazzara Doyle
        on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, logsecf@logs.com

Michael John Clark
        on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
        on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
        on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com

Scott R. Lowden
        on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com


TOTAL: 15