Certificate Number: 20611-PAW-DE-037603714

Bankruptcy Case Number: 19-24856



20611-PAW-DE-037603714

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2023, at 3:50 o'clock PM EDT, Jason E Ritenour completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 19, 2023

By:   /s/Consuelo V Gerhardt

Name:   Consuelo V Gerhardt

Title:   Financial Educator