FILED
8/8/23 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-24856 GLT |
| | ) | |
| Jason E. Ritenour | ) | |
| Jodi L. Ritenour | ) | Chapter 13 |
|     Debtor(s). | ) | |
| | ) | |
| Jason E. Ritenour | ) | Related Dkt. No. 144 |
|     Movant(s), | ) | |
| | ) | |
| ARCH Acquisition LLC | ) | |
|     Respondent(s) | ) | |

## **CONSENT ORDER**

WHEREAS, the Debtor was funding the prior confirmed Chapter 13 plan dated March 28, 2023 by a wage attachment, the Debtor sold his residence pursuant to the Amended Order Approving Sale (DN 133) that was intended to provide funding to complete the Debtors' plan,

WHEREAS, the Debtors have filed a proposed amended plan dated July 28, 2023 that is intended to complete the plan without the necessity of further funding from the Debtor's wages,

WHEREAS, the Debtor and Trustee agree as follows:

1.  The parties agree that the wage order regarding the employer **ARCH Acquisition LLC,** is hereby terminated

2.  The Trustee consents to termination of the Wage Attachment but reserves all rights regarding confirmation of the amended plan dated July 28, 2023 and completion of the plan

3.  The Debtors shall remain responsible for any funding as required by confirmation of the amended plan

1

So ORDERED, this __8th__, day of __August__, 20__23__.

_____
U.S. Bankruptcy Judge    hct

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtors

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Joseph F. Nicotero | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 08, 2023 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero | |
| | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark | |
| | on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | |
| | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | |
| | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden | |
| | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |

TOTAL: 14