FILED
10/11/23 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 19-24856 GLT |
| Jason E. Ritenour ) | |
| Jodi L. Ritenour ) | |
|     Debtor (s) ) | |
| ) | Chapter 13 |
| Jason E. Ritenour ) | |
| Jodi L. Ritenour ) | |
|     Movant(s) ) | |
|     v. ) | Document No.  151 |
| ) | |
| Ronda Winnecour, Trustee ) | |
| ) | |
|     Respondent(s) ) | |

## **CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

It is hereby agreed, by and among the Debtor, by Scott R. Lowden, Esq., counsel for the Debtor, and Ronda J. Winnecour, Chapter 13 Trustee as follows:

1. The Debtors' confirmed plan dated July 8, 2023 has been fully paid by the Debtors by the sale of estate property.  The plan term has completed.

2. The Debtors are in need of a new vehicle.

3. The Debtors are authorized to obtain secured financing for a motor vehicle without the necessity of including the postpetition loan in an amended Chapter 13 plan.

4. The Debtors are permitted to make direct payments to the creditor.

5. The Debtors shall not be required to file an amended plan.

6. The Debtors shall file a report of financing within 30 days of securing such financing.

Prepared by: Scott Lowden and Kate DeSimone

So Ordered, this <u>11th</u> day of <u>October</u>, 2023

_____ US Bankruptcy Judge

Consented to:

/s/ Scott R. Lowden

Scott R. Lowden, Esquire
PA ID 72116

100 Heathmore Avenue

Pittsburgh, PA 15227

(412) 292-4254
lowdenscott@gmail.com

Attorney for Debtor


/s/ Kate DeSimone

Kate DeSimone, Esq.

Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250

600 Grant Street

Pittsburgh, PA 15219

Attorney for Chapter 13 Trustee


Case Administrator to Mail to:

Debtor(s)

Counsel for Debtor(s)

Ronda J. Winnecour, Esq.

Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Joseph F. Nicotero | |

| | |
|---|---|
| | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero | |
| | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark | |
| | on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | |
| | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | |
| | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden | |
| | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |

TOTAL: 14