FILED
11/8/23 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-24856 GLT |
| Jason E. Ritenour, and | : | |
| Jodi L. Ritenour | : | Chapter 13 |
| Debtor(s) | : | |
| ============================= | : | Doc No.  154 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

**ORDER OF COURT**

AND NOW, this __8th__ day of __November__, 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,800.00, of which $11,700.85 are attorney fees and $99.15 are costs, and that the total previously allowed Attorney's Fees and Costs were $6,200.90.  This award covers the period from 1/31/2022 to 10/18 /2023.

Therefore, the Application in its face amount of $2,000.00 for additional compensation for services rendered by Scott R. Lowden, Esq. as Attorney for Debtor(s) are allowed, and the total additional sum of $2,000.00 is to be paid to Scott R. Lowden, Esq as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 31, 2022 and October 18, 2023 in the amount of **$2,000.00** and expenses in the amount of **$0** for a total of **$2,000.00**.  The total award of compensation for services to date, is **$11,700.85** and expenses in the amount of **$99.15** for a grand total in the amount of **$11,800.00.**

Prepared by Scott R. Lowden

 DEFAULT ENTRY

Dated: 11/8/23

cm: Debtor

BY THE COURT:

GREGORY L. TADDONIO, J.
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-24856-GLT

Jason E. Ritenour                                                                      Chapter 13

Jodi L Ritenour

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                                    Page 1 of 2

Date Rcvd: Nov 08, 2023                     Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                          on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                          on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Chandra Marie Arkema
                          on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher A. DeNardo
                          on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
                          on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Joseph F. Nicotero

District/off: 0315-2                        User: auto                              Page 2 of 2

Date Rcvd: Nov 08, 2023                     Form ID: pdf900                          Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero |  |
|  | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark |  |
|  | on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com |
| Office of the United States Trustee |  |
|  | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish |  |
|  | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour |  |
|  | cmecf@chapter13trusteewdpa.com |
| S. James Wallace |  |
|  | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden |  |
|  | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden |  |
|  | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |


TOTAL: 14