Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason E. Ritenour** | : | Case No. 19−24856−GLT |
| **Jodi L Ritenour** | : | Chapter: 13 |
| **fka Jodi L Spillar** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 162 |
| | : | |
| v. | : | Hearing Date: 1/24/24 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 28th of November, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 162 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) *On or before January 11, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *January 24, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 28, 2023 | Form ID: 604 | Total Noticed: 88 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |
| cr | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| r | + | Stephen Limani, Realty One Group Gold Standard, 432 Frye Farm Rd, Greensburgh, PA 15601-6808 |
| 15202051 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15183185 | + | Capital One, c/o Unifund LLC, 10625 Techwood Cir, Cincinnati, OH 45242-2846 |
| 15183186 | | Capital One Maurices, PO Box 20253, Salt Lake City, UT 84130 |
| 15183191 | + | Credit Control, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183198 | + | Excela Health Latrobe Hospital, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15183199 | + | Exdela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15183204 | + | FNB Consumer Discount Co., 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15197385 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183207 | + | Jessica Ritenour, 546 Hickory Drive, Greensburg, PA 15601-4517 |
| 15183211 | + | Latrobe City, PO Box 829, Latrobe, PA 15650-0829 |
| 15183212 | | Latrobe Hospital, 132 Industrial Park Rd., Suite 2400, Greensburg, PA 15601 |
| 15183218 | | Midland Credit Management, 250 Cairino De La Reina, Suite 100, San Diego, CA 92108 |
| 15183220 | + | Oliphant Financial, PO Box 740882, Atlanta, GA 30374-0882 |
| 15183226 | + | Radiologic Consultants, 717 E. Pittsuburgh Street, Greensburg, PA 15601-2636 |
| 15183228 | + | Regency Finance, 6291 St Rt 30, Greensburg, PA 15601-7597 |
| 15183229 | + | Richard M. Squire & Associates, LLC, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 15183231 | + | Southern Credit Adjusters, Inc., PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15183237 | + | TDRCS Littman Jewelers, 1201 Hooper Avenue, Toms River, NJ 08753-3203 |
| 15183240 | + | Westmoreland Emergency Medicine, c/o Southern Credit Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Nov 29 2023 00:36:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:36:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15183180 | + | Email/Text: G06041@att.com | Nov 29 2023 00:38:00 | AT&T/Directv, PO Box 5014, Carol Stream, IL 60197-5014 |
| 15183179 | ^ | MEBN | Nov 29 2023 00:21:57 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15183181 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 29 2023 00:36:00 | Banfield Pet Hospital, c/o IC Systems Collection, PO Box 64378, Saint Paul, MN 55164-0378 |

Case 19-24856-GLT   Doc 167   Filed 11/30/23   Entered 12/01/23 00:32:06   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 604 | Total Noticed: 88 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15183182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15184422 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 29 2023 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15183183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:04 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15183188 | ^ | MEBN | Nov 29 2023 00:24:10 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183184 | + | Email/Text: bnc-thebureaus@quantum3group.com | Nov 29 2023 00:36:00 | Capital One, c/o The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15183187 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 15175370 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15183189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15443127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 00:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15174684 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 29 2023 00:35:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15183190 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 29 2023 00:35:00 | Credit Acceptance Corp., PO Box 5070, Southfield, MI 48086-5070 |
| 15183193 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15183215 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:00 | Macy's/DSNB, 9111 Duke Blvd., Mason, OH 45040 |
| 15197028 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15183195 | + | Email/Text: bknotice@ercbpo.com | Nov 29 2023 00:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15183194 | + | Email/Text: asi@auditsystemsinc.net | Nov 29 2023 00:38:00 | Elizur Hospital, c/o Audit Systems Inc., 3696 Ulmerton Rd., Ste 200, Clearwater, FL 33762-4237 |
| 15183197 | ^ | MEBN | Nov 29 2023 00:24:10 | Excela Health, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183196 | ^ | MEBN | Nov 29 2023 00:22:32 | Excela Health, c/o Collection Service Center, 836 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15173994 | | Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth, PO Box 400, Indiana, PA 15701 |
| 15183200 | + | Email/Text: data_processing@fin-rec.com | Nov 29 2023 00:36:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15183202 | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth Bank, 22 N 6th Street, Indiana, PA 15701-1802 |
| 15183203 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 29 2023 00:38:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183205 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 29 2023 00:35:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15183206 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2023 00:36:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15201238 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2023 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15183208 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:20 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 15189673 | + | Email/Text: RASEBN@raslg.com | Nov 29 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183209 | ^ | MEBN | Nov 29 2023 00:23:29 | Kia Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15179704 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15183214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:23 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15183210 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Nov 29 2023 00:36:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183213 | + | Email/Text: Documentfiling@lciinc.com | Nov 29 2023 00:35:00 | Lending Club Corp., 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 15183216 | ^ | MEBN | Nov 29 2023 00:24:10 | Magee Women's Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183217 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 29 2023 00:36:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15197832 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15183219 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Funding, 320 E. Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15199679 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15190447 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 29 2023 00:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 15208890 | + | Email/Text: bnc@bass-associates.com | Nov 29 2023 00:35:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15183221 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15183223 | + | Email/Text: bncnotifications@pheaa.org | Nov 29 2023 00:36:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15183224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 01:13:40 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15183657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15183222 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 29 2023 00:38:00 | Paypal, c/o Convergent Outsourcing Inc., 800 SW 39th St., Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 15176817 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15183225 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 29 2023 00:38:00 | Progressive Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15183227 | + | Email/Text: ngisupport@radiusgs.com | Nov 29 2023 00:36:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 604 | Total Noticed: 88 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15521244 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 00:36:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15183232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:57 | SYNCB/Levin/Wolf Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15183233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:24:34 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15183234 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:57 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15183235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:48 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15183230 | + | Email/Text: bankruptcy@second-round.com | Nov 29 2023 00:38:00 | Second Round LP, 4150 Freidrich Lane Ste 1, Austin, TX 78744-1052 |
| 15174415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:24:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183236 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:36:00 | TD Bank USA, 7000 Target Parkway North, Mail Stop NCO-0450, Minneapolis, MN 55445-4301 |
| 15207295 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15190232 | + | Email/Text: tdebn@credbankserv.com | Nov 29 2023 00:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15183238 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 29 2023 00:39:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 15202230 | | Email/Text: bankruptcy@unifund.com | Nov 29 2023 00:36:00 | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati OH 45242 |
| 15183239 | ^ | MEBN | Nov 29 2023 00:23:48 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 66

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183192 | *+ | Credit Control LLC, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183201 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth, PO Box 400, Indiana, PA 15701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark | on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |

TOTAL: 14