**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON E. RITENOUR
JODI L RITENOUR
        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:19-24856

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/20/2019  and confirmed on 2/12/20 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 138,555.37 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 138,555.37 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,500.00 | |
|   Trustee Fee | 6,968.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,468.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 34,041.94 | 34,041.94 | 0.00 | 34,041.94 |
|   Acct: 8150 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 9,247.57 | 9,247.57 | 0.00 | 9,247.57 |
|   Acct: 8150 | | | | |
| CITY OF LATROBE SANITATION | 377.49 | 377.49 | 166.53 | 544.02 |
|   Acct: | | | | |
| TD RETAIL CARD SERVICES | 142.00 | 142.00 | 0.00 | 142.00 |
|   Acct: 8496 | | | | |
| CREDIT ACCEPTANCE CORP* | 15,281.83 | 15,281.83 | 1,652.96 | 16,934.79 |
|   Acct: 4925 | | | | |
| FIRST COMMONWEALTH BANK(*) | 27,389.82 | 27,389.82 | 4,055.72 | 31,445.54 |
|   Acct: 6956 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6956 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4952 | | | | |
| | | | | 92,355.86 |
| **Priority** | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON E. RITENOUR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICOTERO & LOWDEN PC** | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICOTERO & LOWDEN PC** | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/21 | | | | |
| NICOTERO & LOWDEN PC** | 2,470.85 | 2,470.85 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/22 | | | | |
| SCOTT R LOWDEN ESQ** | 29.15 | 29.15 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT R LOWDEN ESQ** | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |

19-24856                                                                          Page 2 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 3,833.00 | 3,833.00 | 0.00 | 3,833.00 |
| Acct: 2008 | | | | |
| PA DEPARTMENT OF REVENUE* | 555.80 | 555.80 | 0.00 | 555.80 |
| Acct: 2008 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 679.92 | 679.92 | 0.00 | 679.92 |
| Acct: 8150 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 288.58 | 288.58 | 0.00 | 288.58 |
| Acct: $/OE | | | | |
| | | | | 5,357.30 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA** | 1,676.18 | 683.93 | 0.00 | 683.93 |
| Acct: 6067 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,677.58 | 1,500.56 | 0.00 | 1,500.56 |
| Acct: 8302 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 897.05 | 366.02 | 0.00 | 366.02 |
| Acct: 7618 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,853.81 | 756.41 | 0.00 | 756.41 |
| Acct: 7450 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,188.28 | 484.85 | 0.00 | 484.85 |
| Acct: 3739 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,939.63 | 791.43 | 0.00 | 791.43 |
| Acct: 2067 | | | | |
| LVNV FUNDING LLC | 3,689.43 | 1,505.40 | 0.00 | 1,505.40 |
| Acct: 1937 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXCELA HEALTH LATROBE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXCELA HEALTH MEDICAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FNB CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREENSKY LLC(*) | 6,790.64 | 2,770.78 | 0.00 | 2,770.78 |
| Acct: 0562 | | | | |
| JESSICA RITENOUR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 3,068.33 | 1,251.97 | 0.00 | 1,251.97 |
| Acct: 5950 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,950.22 | 795.75 | 0.00 | 795.75 |
| Acct: 5451 | | | | |
| KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OLIPHANT USA LLC | 7,340.63 | 2,995.20 | 0.00 | 2,995.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6085 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 561.31 | 229.03 | 0.00 | 229.03 |
| Acct: 5372 | | | | |
| MAGEE WOMENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARINER FINANCE LLC | 2,381.92 | 971.89 | 0.00 | 971.89 |
| Acct: 3647 | | | | |
| MARINER FINANCE LLC | 2,956.25 | 1,206.24 | 0.00 | 1,206.24 |
| Acct: 0737 | | | | |
| PAYPAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 421.69 | 172.06 | 0.00 | 172.06 |
| Acct: 1555 | | | | |
| NPRTO NORTH-EAST LLC | 1,514.95 | 618.15 | 0.00 | 618.15 |
| Acct: 2746 | | | | |
| RADIOLOGIC CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REGENCY FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,642.60 | 1,078.26 | 0.00 | 1,078.26 |
| Acct: 0822 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 595.02 | 242.79 | 0.00 | 242.79 |
| Acct: 5147 | | | | |
| MIDLAND FUNDING LLC | 481.18 | 196.34 | 0.00 | 196.34 |
| Acct: 8557 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,184.06 | 483.13 | 0.00 | 483.13 |
| Acct: 5862 | | | | |
| TD RETAIL CARD SERVICES | 2,408.64 | 982.80 | 0.00 | 982.80 |
| Acct: 8496 | | | | |
| TD BANK USA NA** | 2,390.73 | 975.49 | 0.00 | 975.49 |
| Acct: 1241 | | | | |
| TBOM - MILESTONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTMORELAND EMERG MED SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 133.50 | 54.47 | 0.00 | 54.47 |
| Acct: 2008 | | | | |
| INTERNAL REVENUE SERVICE* | 405.50 | 165.46 | 0.00 | 165.46 |
| Acct: 2008 | | | | |
| LVNV FUNDING LLC | 699.30 | 285.34 | 0.00 | 285.34 |
| Acct: 2695 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,051.68 | 1,245.18 | 0.00 | 1,245.18 |
| Acct: 2138 | | | | |
| UNIFUND CORP-OH/CCR PARTNERS | 1,384.75 | 565.02 | 0.00 | 565.02 |
| Acct: 4939 | | | | |
| SOUTHERN CREDIT ADJUSTERS INC | 649.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PLANET FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |

19-24856                                                                              Page 4 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FINANCIAL RECOVERY SVCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OLIPHANT FINANCIAL LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - SECOND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 23,373.95 |

TOTAL PAID TO CREDITORS                                                          121,087.11

TOTAL CLAIMED
PRIORITY              5,357.30
SECURED              86,480.65
UNSECURED            57,933.86


Date: 11/27/2023                                    /s/ Ronda J. Winnecour
                                                    _____
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JASON E. RITENOUR

    JODI L RITENOUR

          Debtor(s)

    Ronda J. Winnecour

          Movant

          vs.

    No Repondents.

Case No.:19-24856

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 88 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |
| cr | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| r | + | Stephen Limani, Realty One Group Gold Standard, 432 Frye Farm Rd, Greensburgh, PA 15601-6808 |
| 15202051 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15183185 | + | Capital One, c/o Unifund LLC, 10625 Techwood Cir, Cincinnati, OH 45242-2846 |
| 15183186 | | Capital One Maurices, PO Box 20253, Salt Lake City, UT 84130 |
| 15183191 | + | Credit Control, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183198 | + | Excela Health Latrobe Hospital, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15183199 | + | Exdela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15183204 | + | FNB Consumer Discount Co., 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15197385 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183207 | + | Jessica Ritenour, 546 Hickory Drive, Greensburg, PA 15601-4517 |
| 15183211 | + | Latrobe City, PO Box 829, Latrobe, PA 15650-0829 |
| 15183212 | | Latrobe Hospital, 132 Industrial Park Rd., Suite 2400, Greensburg, PA 15601 |
| 15183218 | | Midland Credit Management, 250 Cairino De La Reina, Suite 100, San Diego, CA 92108 |
| 15183220 | + | Oliphant Financial, PO Box 740882, Atlanta, GA 30374-0882 |
| 15183226 | + | Radiologic Consultants, 717 E. Pittsuburgh Street, Greensburg, PA 15601-2636 |
| 15183228 | + | Regency Finance, 6291 St Rt 30, Greensburg, PA 15601-7597 |
| 15183229 | + | Richard M. Squire & Associates, LLC, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 15183231 | + | Southern Credit Adjusters, Inc., PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15183237 | + | TDRCS Littman Jewelers, 1201 Hooper Avenue, Toms River, NJ 08753-3203 |
| 15183240 | + | Westmoreland Emergency Medicine, c/o Southern Credit Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Nov 29 2023 00:36:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:48:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15183180 | + | Email/Text: G06041@att.com | Nov 29 2023 00:38:00 | AT&T/Directv, PO Box 5014, Carol Stream, IL 60197-5014 |
| 15183179 | ^ | MEBN | Nov 29 2023 00:21:58 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15183181 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 29 2023 00:36:00 | Banfield Pet Hospital, c/o IC Systems Collection, PO Box 64378, Saint Paul, MN 55164-0378 |

District/off: 0315-2                          User: auto                                    Page 2 of 5
Date Rcvd: Nov 28, 2023                       Form ID: pdf900                                Total Noticed: 88

| | | | |
|---|---|---|---|
| 15183182 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15184422 | + Email/Text: mortgagebkcorrespondence@bofa.com | Nov 29 2023 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15183183 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:07 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15183188 | ^ MEBN | Nov 29 2023 00:24:11 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183184 | + Email/Text: bnc-thebureaus@quantum3group.com | Nov 29 2023 00:36:00 | Capital One, c/o The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15183187 | + Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 15175370 | + Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15183189 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15443127 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 00:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15174684 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 29 2023 00:35:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15183190 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 29 2023 00:35:00 | Credit Acceptance Corp., PO Box 5070, Southfield, MI 48086-5070 |
| 15183193 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15183215 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:41 | Macy's/DSNB, 9111 Duke Blvd., Mason, OH 45040 |
| 15197028 | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15183195 | + Email/Text: bknotice@ercbpo.com | Nov 29 2023 00:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15183194 | + Email/Text: asi@auditsystemsinc.net | Nov 29 2023 00:38:00 | Elizur Hospital, c/o Audit Systems Inc., 3696 Ulmerton Rd., Ste 200, Clearwater, FL 33762-4237 |
| 15183197 | ^ MEBN | Nov 29 2023 00:24:12 | Excela Health, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183196 | ^ MEBN | Nov 29 2023 00:22:31 | Excela Health, c/o Collection Service Center, 836 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15173994 | Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth, PO Box 400, Indiana, PA 15701 |
| 15183200 | + Email/Text: data_processing@fin-rec.com | Nov 29 2023 00:36:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15183202 | + Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth Bank, 22 N 6th Street, Indiana, PA 15701-1802 |
| 15183203 | + Email/Text: cashiering-administrationservices@flagstar.com | Nov 29 2023 00:38:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183205 | + Email/Text: bankruptcy@greenskycredit.com | Nov 29 2023 00:35:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15183206 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2023 00:36:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0315-2                                    User: auto                                    Page 3 of 5
Date Rcvd: Nov 28, 2023                          Form ID: pdf900                          Total Noticed: 88

| 15201238 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 29 2023 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15183208 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Nov 29 2023 00:48:58 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 15189673 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Nov 29 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183209 | ^ | MEBN | | |
| | | | Nov 29 2023 00:23:31 | Kia Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15179704 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 29 2023 00:49:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15183214 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 29 2023 00:49:06 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15183210 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | | |
| | | | Nov 29 2023 00:36:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183213 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Nov 29 2023 00:35:00 | Lending Club Corp., 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 15183216 | ^ | MEBN | | |
| | | | Nov 29 2023 00:24:12 | Magee Women's Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183217 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Nov 29 2023 00:36:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15197832 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 29 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15183219 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 29 2023 00:37:00 | Midland Funding, 320 E. Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15199679 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 29 2023 00:37:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15190447 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Nov 29 2023 00:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 15208890 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Nov 29 2023 00:35:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15183221 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Nov 29 2023 00:37:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15183223 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Nov 29 2023 00:36:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15183224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 29 2023 01:46:34 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15183657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 29 2023 00:48:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15183222 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Nov 29 2023 00:38:00 | Paypal, c/o Convergent Outsourcing Inc., 800 SW 39th St., Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 15176817 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Nov 29 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15183225 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Nov 29 2023 00:38:00 | Progressive Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15183227 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Nov 29 2023 00:36:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |

District/off: 0315-2                          User: auto                                   Page 4 of 5

Date Rcvd: Nov 28, 2023                       Form ID: pdf900                              Total Noticed: 88

| | | | | |
|---|---|---|---|---|
| 15521244 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 00:36:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15183232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:58 | SYNCB/Levin/Wolf Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15183233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:01 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15183234 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:50 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15183235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:59 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15183230 | + | Email/Text: bankruptcy@second-round.com | Nov 29 2023 00:38:00 | Second Round LP, 4150 Freidrich Lane Ste 1, Austin, TX 78744-1052 |
| 15174415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183236 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:36:00 | TD Bank USA, 7000 Target Parkway North, Mail Stop NCO-0450, Minneapolis, MN 55445-4301 |
| 15207295 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15190232 | + | Email/Text: tdebn@credbankserv.com | Nov 29 2023 00:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15183238 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 29 2023 00:39:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 15202230 | | Email/Text: bankruptcy@unifund.com | Nov 29 2023 00:36:00 | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati OH 45242 |
| 15183239 | ^ | MEBN | Nov 29 2023 00:23:47 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183192 | *+ | Credit Control LLC, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183201 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth, PO Box 400, Indiana, PA 15701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                          User: auto                                    Page 5 of 5
Date Rcvd: Nov 28, 2023                       Form ID: pdf900                                Total Noticed: 88

Date: Nov 30, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark | on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |

TOTAL: 14