**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason E. Ritenour<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2008<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jodi L Ritenour<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2459<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–24856–GLT

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jason E. Ritenour                                       Jodi L Ritenour
                                                           fka Jodi L Spillar

   <u>1/16/24</u>                                          **By the court:** <u>Gregory L Taddonio</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 89 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |
| cr | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| r | + | Stephen Limani, Realty One Group Gold Standard, 432 Frye Farm Rd, Greensburgh, PA 15601-6808 |
| 15202051 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15183185 | + | Capital One, c/o Unifund LLC, 10625 Techwood Cir, Cincinnati, OH 45242-2846 |
| 15183186 | | Capital One Maurices, PO Box 20253, Salt Lake City, UT 84130 |
| 15183191 | + | Credit Control, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183198 | + | Excela Health Latrobe Hospital, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15183199 | + | Exdela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15183204 | + | FNB Consumer Discount Co., 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15197385 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183207 | + | Jessica Ritenour, 546 Hickory Drive, Greensburg, PA 15601-4517 |
| 15183211 | + | Latrobe City, PO Box 829, Latrobe, PA 15650-0829 |
| 15183212 | | Latrobe Hospital, 132 Industrial Park Rd., Suite 2400, Greensburg, PA 15601 |
| 15183218 | | Midland Credit Management, 250 Cairino De La Reina, Suite 100, San Diego, CA 92108 |
| 15183220 | + | Oliphant Financial, PO Box 740882, Atlanta, GA 30374-0882 |
| 15183226 | + | Radiologic Consultants, 717 E. Pittsuburgh Street, Greensburg, PA 15601-2636 |
| 15183228 | + | Regency Finance, 6291 St Rt 30, Greensburg, PA 15601-7597 |
| 15183229 | + | Richard M. Squire & Associates, LLC, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 15183231 | + | Southern Credit Adjusters, Inc., PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15174415 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183237 | + | TDRCS Littman Jewelers, 1201 Hooper Avenue, Toms River, NJ 08753-3203 |
| 15183240 | + | Westmoreland Emergency Medicine, c/o Southern Credit Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 17 2024 04:00:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | EDI: PRA.COM | Jan 17 2024 08:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Natural Gas Company LLC, c/o S. James |

| Recipient ID | Delivery | Date/Time | Address |
|---|---|---|---|
| | | | Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15183180 | + EDI: DIRECTV.COM | Jan 17 2024 08:57:00 | AT&T/Directv, PO Box 5014, Carol Stream, IL 60197-5014 |
| 15183179 | ^ MEBN | Jan 17 2024 03:58:23 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15183181 | + EDI: LCIICSYSTEM | Jan 17 2024 08:57:00 | Banfield Pet Hospital, c/o IC Systems Collection, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15183182 | + EDI: BANKAMER | Jan 17 2024 08:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15184422 | + EDI: BANKAMER2 | Jan 17 2024 08:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15183183 | + EDI: CITICORP | Jan 17 2024 08:57:00 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15183188 | ^ MEBN | Jan 17 2024 03:58:52 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183184 | + EDI: Q3GTBI | Jan 17 2024 08:57:00 | Capital One, c/o The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15183187 | + Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 15175370 | + Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15183189 | + EDI: WFNNB.COM | Jan 17 2024 08:57:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15443127 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2024 04:00:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15174684 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15183190 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance Corp., PO Box 5070, Southfield, MI 48086-5070 |
| 15183193 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 04:08:22 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15183215 | EDI: CITICORP | Jan 17 2024 08:57:00 | Macy's/DSNB, 9111 Duke Blvd., Mason, OH 45040 |
| 15197028 | EDI: Q3G.COM | Jan 17 2024 08:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15183195 | + Email/Text: bknotice@ercbpo.com | Jan 17 2024 04:01:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15183194 | + Email/Text: asi@auditsystemsinc.net | Jan 17 2024 04:01:00 | Elizur Hospital, c/o Audit Systems Inc., 3696 Ulmerton Rd., Ste 200, Clearwater, FL 33762-4237 |
| 15183197 | ^ MEBN | Jan 17 2024 03:58:53 | Excela Health, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183196 | ^ MEBN | Jan 17 2024 03:57:55 | Excela Health, c/o Collection Service Center, 836 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15173994 | Email/Text: SAABankruptcy@fcbanking.com | Jan 17 2024 04:00:00 | First Commonwealth, PO Box 400, Indiana, PA 15701 |
| 15183200 | + Email/Text: data_processing@fin-rec.com | Jan 17 2024 04:00:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15183202 | + Email/Text: SAABankruptcy@fcbanking.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 17 2024 04:00:00 | First Commonwealth Bank, 22 N 6th Street, Indiana, PA 15701-1802 |
| 15183203 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 17 2024 04:01:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183205 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 17 2024 04:00:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15183206 | + | EDI: IRS.COM | Jan 17 2024 08:57:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15201238 | | EDI: JEFFERSONCAP.COM | Jan 17 2024 08:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15183208 | | EDI: JPMORGANCHASE | Jan 17 2024 08:57:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 15189673 | + | Email/Text: RASEBN@raslg.com | Jan 17 2024 04:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183209 | ^ | MEBN | Jan 17 2024 03:58:36 | Kia Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15179704 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15183214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:27 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15183210 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 17 2024 04:00:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183213 | + | EDI: LENDNGCLUB | Jan 17 2024 08:57:00 | Lending Club Corp., 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 15183216 | ^ | MEBN | Jan 17 2024 03:58:53 | Magee Women's Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183217 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 17 2024 04:00:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15197832 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15183219 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Funding, 320 E. Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15199679 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15190447 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 17 2024 04:01:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 15208890 | + | EDI: BASSASSOC.COM | Jan 17 2024 08:57:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15183221 | + | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15183221 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15183223 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 04:00:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15183224 | | EDI: PRA.COM | Jan 17 2024 08:57:00 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15183657 | | EDI: PRA.COM | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 89 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 17 2024 08:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15183222 | + | EDI: CONVERGENT.COM | Jan 17 2024 08:57:00 | Paypal, c/o Convergent Outsourcing Inc., 800 SW 39th St., Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 15176817 | | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15176817 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15183225 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 17 2024 04:01:00 | Progressive Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15183227 | + | Email/Text: ngisupport@radiusgs.com | Jan 17 2024 04:00:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15521244 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2024 04:00:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15183232 | + | EDI: SYNC | Jan 17 2024 08:57:00 | SYNCB/Levin/Wolf Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15183233 | + | EDI: SYNC | Jan 17 2024 08:57:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15183234 | + | EDI: SYNC | Jan 17 2024 08:57:00 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15183235 | + | EDI: SYNC | Jan 17 2024 08:57:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15183230 | + | EDI: SECONDROUND.COM | Jan 17 2024 08:57:00 | Second Round LP, 4150 Freidrich Lane Ste 1, Austin, TX 78744-1052 |
| 15183236 | + | EDI: WTRRNBANK.COM | Jan 17 2024 08:57:00 | TD Bank USA, 7000 Target Parkway North, Mail Stop NCO-0450, Minneapolis, MN 55445-4301 |
| 15207295 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15190232 | + | EDI: CBSTDR | Jan 17 2024 08:57:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15183238 | + | EDI: PHINGENESIS | Jan 17 2024 08:57:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 15202230 | | Email/Text: bankruptcy@unifund.com | Jan 17 2024 04:00:00 | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati OH 45242 |
| 15183239 | ^ | MEBN | Jan 17 2024 03:58:44 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 69

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183192 | *+ | Credit Control LLC, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183201 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth, PO Box 400, Indiana, PA 15701 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Chandra Marie Arkema
    on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher A. DeNardo
    on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Joseph F. Nicotero
    on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com

Joseph F. Nicotero
    on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com

Michael John Clark
    on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com

TOTAL: 14