IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/16/24 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JASON E. RITENOUR
JODI L RITENOUR
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-24856

Chapter 13

Related to Dkt. No. 162

ORDER OF COURT

AND NOW, this 16th day of January 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. ADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24856-GLT |
| Jason E. Ritenour | Chapter 13 |
| Jodi L Ritenour | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 88 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Ritenour, Jodi L Ritenour, 446 Donohoe Road, Greensburg, PA 15601-6989 |
| cr | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| r | + | Stephen Limani, Realty One Group Gold Standard, 432 Frye Farm Rd, Greensburgh, PA 15601-6808 |
| 15202051 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15183185 | + | Capital One, c/o Unifund LLC, 10625 Techwood Cir, Cincinnati, OH 45242-2846 |
| 15183186 | | Capital One Maurices, PO Box 20253, Salt Lake City, UT 84130 |
| 15183191 | + | Credit Control, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183198 | + | Excela Health Latrobe Hospital, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15183199 | + | Exdela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15183204 | + | FNB Consumer Discount Co., 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15197385 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183207 | + | Jessica Ritenour, 546 Hickory Drive, Greensburg, PA 15601-4517 |
| 15183211 | + | Latrobe City, PO Box 829, Latrobe, PA 15650-0829 |
| 15183212 | | Latrobe Hospital, 132 Industrial Park Rd., Suite 2400, Greensburg, PA 15601 |
| 15183218 | | Midland Credit Management, 250 Cairino De La Reina, Suite 100, San Diego, CA 92108 |
| 15183220 | + | Oliphant Financial, PO Box 740882, Atlanta, GA 30374-0882 |
| 15183226 | + | Radiologic Consultants, 717 E. Pittsuburgh Street, Greensburg, PA 15601-2636 |
| 15183228 | + | Regency Finance, 6291 St Rt 30, Greensburg, PA 15601-7597 |
| 15183229 | + | Richard M. Squire & Associates, LLC, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 15183231 | + | Southern Credit Adjusters, Inc., PO Box 2764, Rocky Mount, NC 27802-2764 |
| 15174415 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15183237 | + | TDRCS Littman Jewelers, 1201 Hooper Avenue, Toms River, NJ 08753-3203 |
| 15183240 | + | Westmoreland Emergency Medicine, c/o Southern Credit Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 17 2024 04:00:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15183180 | + | Email/Text: G06041@att.com | Jan 17 2024 04:01:00 | AT&T/Directv, PO Box 5014, Carol Stream, IL 60197-5014 |
| 15183179 | ^ | MEBN | Jan 17 2024 03:58:18 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15183181 | + | Email/Text: Bankruptcy@ICSystem.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 17 2024 04:00:00 | Banfield Pet Hospital, c/o IC Systems Collection, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15183182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15184422 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15183183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:23 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15183188 | ^ | MEBN | Jan 17 2024 03:58:54 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183184 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 17 2024 04:00:00 | Capital One, c/o The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15183187 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 15175370 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15183189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 04:01:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15443127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2024 04:00:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15174684 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15183190 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance Corp., PO Box 5070, Southfield, MI 48086-5070 |
| 15183193 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 04:08:21 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15183215 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:32 | Macy's/DSNB, 9111 Duke Blvd., Mason, OH 45040 |
| 15197028 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 04:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15183195 | + | Email/Text: bknotice@ercbpo.com | Jan 17 2024 04:01:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15183194 | + | Email/Text: asi@auditsystemsinc.net | Jan 17 2024 04:01:00 | Elizur Hospital, c/o Audit Systems Inc., 3696 Ulmerton Rd., Ste 200, Clearwater, FL 33762-4237 |
| 15183197 | ^ | MEBN | Jan 17 2024 03:58:54 | Excela Health, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183196 | ^ | MEBN | Jan 17 2024 03:57:54 | Excela Health, c/o Collection Service Center, 836 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15173994 | | Email/Text: SAABankruptcy@fcbanking.com | Jan 17 2024 04:00:00 | First Commonwealth, PO Box 400, Indiana, PA 15701 |
| 15183200 | + | Email/Text: data_processing@fin-rec.com | Jan 17 2024 04:00:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15183202 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 17 2024 04:00:00 | First Commonwealth Bank, 22 N 6th Street, Indiana, PA 15701-1802 |
| 15183203 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 17 2024 04:01:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183205 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 17 2024 04:00:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15183206 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 19-24856-GLT    Doc 173    Filed 01/18/24    Entered 01/19/24 00:33:01    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 88 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 17 2024 04:00:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15201238 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2024 04:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15183208 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:27 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 15189673 | + | Email/Text: RASEBN@raslg.com | Jan 17 2024 04:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15183209 | ^ | MEBN | Jan 17 2024 03:58:36 | Kia Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15179704 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15183214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:23 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15183210 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 17 2024 04:00:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15183213 | + | Email/Text: Documentfiling@lciinc.com | Jan 17 2024 04:00:00 | Lending Club Corp., 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 15183216 | ^ | MEBN | Jan 17 2024 03:58:55 | Magee Women's Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15183217 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 17 2024 04:00:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15197832 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15183219 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Funding, 320 E. Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15199679 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15190447 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 17 2024 04:01:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 15208890 | + | Email/Text: bnc@bass-associates.com | Jan 17 2024 04:00:00 | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15183221 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15183223 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 04:00:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15183224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:31 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15183657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15183222 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 17 2024 04:01:00 | Paypal, c/o Convergent Outsourcing Inc., 800 SW 39th St., Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 15176817 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15183225 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 17 2024 04:01:00 | Progressive Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

Case 19-24856-GLT   Doc 173   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 88 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15183227 | + | Email/Text: ngisupport@radiusgs.com | Jan 17 2024 04:00:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15521244 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2024 04:00:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15183232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:32 | SYNCB/Levin/Wolf Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15183233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:21 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15183234 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:30 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15183235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:20 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15183230 | + | Email/Text: bankruptcy@second-round.com | Jan 17 2024 04:01:00 | Second Round LP, 4150 Freidrich Lane Ste 1, Austin, TX 78744-1052 |
| 15183236 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:00:00 | TD Bank USA, 7000 Target Parkway North, Mail Stop NCO-0450, Minneapolis, MN 55445-4301 |
| 15207295 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15190232 | + | Email/Text: tdebn@credbankserv.com | Jan 17 2024 04:00:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15183238 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 17 2024 04:01:00 | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 15202230 | | Email/Text: bankruptcy@unifund.com | Jan 17 2024 04:00:00 | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati OH 45242 |
| 15183239 | ^ | MEBN | Jan 17 2024 03:58:46 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15183192 | *+ | Credit Control LLC, PO Box 189, Hazelwood, MO 63042-0189 |
| 15183201 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth, PO Box 400, Indiana, PA 15701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 18, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Jodi L Ritenour josephnicotero@gmail.com |
| Joseph F. Nicotero | on behalf of Debtor Jason E. Ritenour josephnicotero@gmail.com |
| Michael John Clark | on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Jodi L Ritenour lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Jason E. Ritenour lowdenscott@gmail.com |

TOTAL: 14